IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABETEH SABET-AZM                    *
2005 Diane Lane
Ellicott City, Maryland 21042        *

      Plaintiff,                   *      Case No._____

   vs.                                *

WALMART, INC.                        *
701 South Walton Boulevard
Bentonville, Arkansas 72716          *

SERVE ON:                            *
The Corporation Trust Inc.
2405 York Road                       *
Suite 201
Timonium, Maryland 21093             *

      Defendant.                   *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Sabeteh Sabet-Azm, by undersigned counsel, hereby files this Complaint against Walmart, Inc., Defendant herein, and alleges as follows:

I. JURISDICTION AND VENUE

1.   Plaintiff invokes the jurisdiction of this Court pursuant 28 U.S.C. § 1332.

2.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

3.   The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

## II. **PARTIES**

4.    Sabeth Sabet-Azm ("Sabet-Azm") is a citizen of the State of Maryland, with a residence in Howard County at 2005 Diane Lane, Ellicott City, Maryland 21042.

5.    WalMart, Inc. ("WM") is a Delaware based Corporation with its principal place of business located at 701 South Walton Boulevard, Bentonville, Arkansas 72716. Upon information and belief, WalMart, Inc. operates many retail stores throughout Maryland, one of which is located at 3200 N. Ridge Road, Ellicott City, Maryland 21043.

## III. **FACTS**

6.    On or about March 14, 2025, Sabet-Azm was an invitee at the Walmart Superstore located at 3200 N. Ridge Road, Ellicott City, Maryland 21043 ("Premises").

7.    Upon entering the Premises, Sabet-Azm walked to the produce aisle and reached for a plastic produce bag that was located at the top of the display shelf for customers to use. As Sabet-Azm was attempting to obtain a single plastic produce bag, she was struck by the entire roll of produce bags. The impact from being struck by the produce bags caused Sabet-Azm to sustain profound and painful injuries to her ear, head, face, neck, and body. As a result of the injuries sustained, Sabet-Azm was forced to incur substantial medical bills. As of the date of the filing of this Complaint, Sabet-Azm is still experiencing periodic pain

and discomfort as result of the injuries she sustained on March 14, 2025, and may be in need of future medical care.

8.    At all times prior to her fall, Sabet-Azm maintained a proper and vigilant outlook as she stood in the produce aisle in the Premises, and her actions in no way contributed to the incident. To the contrary, Sabet-Azm's injuries were solely the result of the negligence of the Defendant, WM.

9.    Prior to this accident, knew or should have known that storing the roll of plastic produce bags in an unsecured manner created a hazardous condition. Notwithstanding said knowledge and notice, WM failed to take reasonable actions to prevent and/or cure the hazardous condition which it knew or should have known could result in injuries to its customers. Additionally, WM failed to provide any sort of meaningful warning to Sabet-Azm, or others on the premises, of the dangerous condition which existed in the store.

## COUNT I
### (Negligence)

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11.    WM at all times material to this Complaint, was in the sole possession, custody and control of the property known as 3200 N. Ridge Road, Ellicott City, Maryland 21043. As such, WM owed a duty to Sabet-Azm, and all invitees who were lawfully on the

premises, to provide safe pathways through the Premises free from hazardous conditions which could cause injury. WM also had a duty to warn Sabet-Azm, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

12. On or about March 14, 2025, WM breached the duties of care it owed to Sabet-Azm by failing to (1) take reasonable actions to ensure that the plastic produce bags were displayed in a secured manner, and (2) warn Sabet-Azm, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Sabet-Azm's accident.

WHEREFORE, Plaintiff, Sabeteh Sabet-Azm, prays that the Court enter judgment in her favor and against Defendant, Walmart, Inc., for compensatory damages in an amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello (Fed. Bar No. 22978)
Matthew T. Holley (Fed Bar No. 19001)
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Sabeteh Sabet-Azm


## JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth herein be tried before a jury.


Matthew T. Holley